UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PIZZA FACTORY, INC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-3653 |
| | § | |
| HOG WILD FOODS, INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

Pending before the Court is Plaintiff Pizza Factory, Inc.'s Motion for Contempt (Doc. 11). On March 2, 2010, this Court entered default judgment and a permanent injunction against Defendant Hog Wild Foods, Inc., ordering Defendant to file a sworn affidavit within thirty days detailing the manner in which it complied with the injunction order. (Doc. 10.) To date, Defendant has not filed an affidavit or otherwise responded.

Accordingly, the Court hereby ORDERS that Hog Wild Foods, Inc. appear before the Court on July 6, 2010 at 1:30 P.M. to SHOW CAUSE as to why it should not be held in contempt and fined.

SIGNED at Houston, Texas, this 29th day of June, 2010.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE