United States Courts
Southern District of Texas
FILED

AUG 0 1 2011

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PIZZA FACTORY, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOG WILD FOODS, INC., a Texas corporation,<br><br>Defendant. | NO. 4:09-CV-03653<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Plaintiff Pizza Factory, Inc. ("PFI") and defendant Hog Wild Foods, Inc. ("Hog Wild"), hereby stipulate to the dismissal of all claims against defendant Hog Wild. After the Court entered judgment against Hog Wild in favor of PFI, the parties reached a settlement of the dispute, through which Hog Wild agreed to entry of the attached Confession of Judgment. Per the Confession of Judgment, Hog Wild owed PFI the principal sum $47,647 and any attorney fees incurred in enforcing the Confession of Judgment and any interest at twelve percent (12%) per annum accruing since the entry of the Confession of Judgment. Hog Wild already has made $500 payments on February 16 and 28, March 30 and May 6, 2011. The parties further stipulate that this Court shall continue to have jurisdiction over any matters related to the Confession of Judgment.

Stipulation and Order of Dismissal - 1

Dated this ___ day of June, 2011.

LAW OFFICES OF THOMAS R. FOX

*Thomas R. Fox*

Thomas R. Fox
Texas Bar No. 07338400
Federal ID No. 1408
Attorneys-in-Charge for
Plaintiff Pizza Factory, Inc.
11152 Westheimer, Suite. 742
Houston, Texas 77042
Tel. (832) 744-0264
Fax (713) 974-0711

Robert Holder

### Order

Based on the foregoing stipulation, IT IS HEREBY ORDERED THAT all claims against defendant Hog Wild Foods, Inc. are hereby DISMISSED. The Court shall retain jurisdiction over any matters related to the Confession of Judgment.

DATED this 4th day of ~~June~~ August 2011.

Honorable Melinda Harmon
United States District Judge

Stipulation and Order of Dismissal - 2